UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/28/2025
```

------------------------------------------------------------ X
                           :

WESLEY JONES,                  :

                           :

              Plaintiff,    :                      1:25-cv-1535-GHW

                           :

         -against-            :                        <u>ORDER</u>

                           :

EXPERIAN INFORMATION SOLUTIONS,  :
INC., *et al.*,

                           :

           Defendants.   :

                           :

------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

       For the reasons stated on the record during the May 28, 2025 conference, Plaintiff's

objection to Judge Cave's May 22, 2025 order granting Defendant Experian Information Solutions,

Inc.'s motion to transfer this action to the United States District Court for the Northern District of

Georgia, Dkt. No. 34, is OVERRULED.  The Clerk of Court is directed to transfer this action to

the United States District Court for the Northern District of Georgia without delay.

       SO ORDERED.

Dated:  May 28, 2025
        New York, New York

                                      _____
                                        GREGORY H. WOODS
                                       United States District Judge